No. 52782.—Brook Mill, Ltd., et al. *v.* United States, protests 511613–G, etc. (New York).

Opinion by Rao, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 4, 1949

No. 52783.—Jack Shaw *v.* United States, protest 139073–K (New York).

Opinion by Cline, J.   At the trial there was no appearance on the part of the plaintiff.   Counsel for the Government stated that the furniture in question had been re-exported to the country of origin on April 26, 1948; that it had remained in customs custody during the entire period; that plaintiff had stated that he wished to abandon the case; and that the only thing which worried him was whether the abandonment would affect his application for drawback.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 52784.—Dal, Inc., et al. *v.* United States, protests 26865–K, etc. (New York).

Opinion by Cline, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52785.—Stewart & Co. et al. *v.* United States, protests 53243–K, etc. (Baltimore, etc.).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52786.—Barrie Morell & Co. et al. *v.* United States, protests 64595–K, etc. (New York).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52787.—N. Y. Feather Duster Co., Inc., et al. *v.* United States, protests 68631–K, etc. (New York).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.